**FILED**

AUG - 1 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RANDY BERNARD CONNOR, ) <br> ) <br> Defendant. ) | 2:11-CR-177-RLH-(CWH) |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on July 31, 2012, defendant RANDY BERNARD CONNOR pled guilty to Count Three of a Four-Count Criminal Indictment charging him with Receipt of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(2). Criminal Indictment, ECF No. 1.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the Bill of Particulars, and agreed to in the Plea Memorandum, and the offense to which defendant RANDY BERNARD CONNOR pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 13.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3);

    a)     any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed,

shipped, or received; computer images, including movie and still image files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained;

    b) Emachine desktop computer, serial number ccc7310015869;

    c) Compaq deskpro computer tower, serial number 6839BXH2L127;

    d) Generic computer tower, serial number 105825061;

    e) Gateway laptop computer, serial number 843000990226;

    f) Phillips portable electronic storage device, serial number NW1A0844063983; and

    g) Palm centro smartphone, serial number P2P203EBV7KE ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of RANDY BERNARD CONNOR in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

1 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

>     Michael A. Humphreys
>     Assistant United States Attorney
>     Daniel D. Hollingsworth
>     Assistant United States Attorney
>     Lloyd D. George United States Courthouse
>     333 Las Vegas Boulevard South, Suite 5000
>     Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this __1__ day of __August__, 2012.

_____
UNITED STATES DISTRICT JUDGE